IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED


JOHN MICHAEL CHIULLI,

       Appellant,

 v.
                                 Case No.  5D22-364
                                 LT Case No. 2020-CF-3636-A-W

STATE OF FLORIDA,

       Appellee.
_____/

Opinion filed December 2, 2022

Appeal from the Circuit Court
for Marion County,
Peter M.  Brigham, Judge.

Matthew  J.  Metz,  Public  Defender,
and  George  D.E.  Burden,  Assistant
Public Defender, Daytona Beach, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and L. Charlene Matthews,
Assistant Attorney General, Daytona
Beach, for Appellee.


 PER CURIAM.

John Michael Chiulli appeals a written judgment of direct criminal contempt, arguing that the judgment failed to comply with Florida Rule of Criminal Procedure 3.830. The State properly concedes error. Because the written judgment in this case fails to specify the conduct upon which the adjudication was based, we reverse the criminal contempt judgment entered below and remand with directions that the trial court render a judgment in compliance with rule 3.830. *See Cutwright v. State*, 934 So. 2d 667, 668 (Fla. 2d DCA 2006); *Hutcheson v. State*, 903 So. 2d 1060, 1062 (Fla. 5th DCA 2005).

REVERSED and REMANDED.

EVANDER, WALLIS and EDWARDS, JJ., concur.